UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                  :

NEHEMIAH ROLLE,                   :

                                  :

              Plaintiff,          :
                                  :             25-CV-10745 (JMF)

       -v-                      :

                                  :                 ORDER

JENNIFER E. WILLIS,          :

                                  :

             Defendant.       :

                                  :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's January 20, 2026 Order, ECF No. 4, Plaintiff was ordered to show cause in writing no later than February 2, 2026, why the Court should not issue a filing injunction barring her from filing further lawsuits in the Southern District of New York without prior leave of the Court.  To date, Plaintiff has not filed any submission in response.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **February 16, 2026**.  Failure to show cause by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

       The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

       SO ORDERED.

Dated: February 9, 2026
       New York, New York                                            
                                                 JESSE M. FURMAN
                                             United States District Judge